PHILLIP A. TALBERT
United States Attorney
MATTHEW DE MOURA
Special Assistant United States Attorney
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
Oct 24, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BOGART MERCADO,<br><br>　　　　　Defendant. | CASE NO. 2:24-cr-0291 DC<br><br>21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine (2 counts); 21 U.S.C. § 841(a)(1) – Distribution of Heroin; 21 U.S.C. § 853(a) – Criminal Forfeiture |

I N D I C T M E N T

COUNT ONE: [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

　　The Grand Jury charges: T H A T

　　　　BOGART MERCADO,

defendant herein, on or about July 25, 2024, in Sacramento County, State and Eastern District of California, did knowingly and intentionally distribute at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

/ / /

/ / /

/ / /

INDICTMENT

1

COUNT TWO: [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

The Grand Jury further charges: T H A T

BOGART MERCADO,

defendant herein, on or about August 28, 2024, in Sacramento County, State and Eastern District of California, did knowingly and intentionally distribute at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT THREE: [21 U.S.C. § 841(a)(1) – Distribution of Heroin]

The Grand Jury further charges: T H A T

BOGART MERCADO,

defendant herein, on or about August 28, 2024, in Sacramento County, State and Eastern District of California, did knowingly and intentionally distribute at least 100 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

FORFEITURE ALLEGATION: [21 U.S.C. § 853(a) – Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One through Three of this Indictment, defendant BOGART MERCADO shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a), the following property:

    a. Any real or personal property, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part to commit or to facilitate the commission of the offenses.

    b. A sum of money equal to the total amount of proceeds obtained as a result of the offenses, for which defendant is convicted.

2. If any property subject to forfeiture, as a result of the offenses alleged in Counts One through Three of this Indictment, for which defendant is convicted:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

        d.      has been substantially diminished in value; or

        e.      has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

*[signature]*

PHILLIP A. TALBERT
United States Attorney

INDICTMENT

3

No. _____

2:24-cr-0291 DC

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

vs.

BOGART MERCADO

## INDICTMENT

**VIOLATION(S):** 21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine (2 counts); 21 U.S.C. § 841(a)(1) – Distribution of Heroin; 21 U.S.C. § 853(a) – Criminal Forfeiture

*A true bill,*

Signature on file w/AUSA

_____
*Foreman.*

*Filed in open court this* _____ 24th *day*

*of* \_\_October_____, A.D. 20 24

/s/ R. Alvarez
_____
*Clerk.*

*Bail, $* \_\_No process necessary.\_\_

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

GPO 863 525

2:24-cr-0291 DC

## United States v. Bogart MERCADO
### Penalties for Indictment

**Bogart MERCADO**

**COUNT 1:**

VIOLATION: 21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine

PENALTIES: Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or
Fine of up to $10,000,000; or both fine and imprisonment
Supervised release of at least 5 years up to life.

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 2:**

VIOLATION: 21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine

PENALTIES: Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or
Fine of up to $10,000,000; or both fine and imprisonment
Supervised release of at least 5 years up to life.

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 3:**

VIOLATION: 21 U.S.C. § 841(a)(1) – Distribution of Heroin

PENALTIES: Mandatory minimum of 5 years in prison and a maximum of 40 years in prison; or
Fine of up to $5,000,000; or both fine and imprisonment
Supervised release of at least 4 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**FORFEITURE ALLEGATION:**

VIOLATION: 21 U.S.C. 853(a) - Criminal Forfeiture

PENALTIES: As stated in charging document