LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
BOGART MERCADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BOGART MERCADO,<br><br>    Defendant. | Case No.: 2:24-cr-0291 DC<br><br>AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:  March 7, 2025<br>Time:  9:30 a.m.<br>Court:  Hon. Dena M. Coggins |

  Plaintiff United States of America by and through Special Assistant United States Attorney Matt De Moura, and Attorney Todd Leras on behalf of Defendant Bogart Mercado, stipulate as follows:

  1. This matter is presently set for a status conference on March 7, 2025.  The parties request that the status conference be continued to June 6, 2025, at 10:00 a.m.  The parties further request that the time between March 7, 2025, and June 6, 2025, be

ORDER CONTINUING
STATUS CONFERENCE

excluded for attorney preparation.

2. Attorney Todd Leras requested to substitute into the case as retained counsel in place of the Office of the Federal Defender. The Court approved the request on January 10, 2025. (ECF Document 19).

3. This case involves charges of distribution of heroin and methamphetamine. The FBI initiated the investigation in October 2023, using an undercover officer to conduct controlled purchases of methamphetamine in July and August 2024. (ECF Document 8). The investigation continued into September and early October 2024, culminating in the arrest of Bogart Mercado and execution of search warrants at two separate houses in October 2024 – approximately one year after the FBI started investigating Bogart Mercado's activities. (ECF Document 8).

4. The government provided an initial disclosure of discovery materials to defense counsel on February 5, 2025. Defendant Bogart Mercado is being held in pre-trial custody at the Butte County Jail in Oroville, California. The Butte County Jail is approximately 85 miles from defense counsel's downtown Sacramento office. All meetings with Mr. Mercado to review discovery materials, discuss case developments, and to review and plan defense investigation require travel to the Butte County Jail. Defense counsel's most recent discovery review meeting with Mr. Mercado occurred at the Butte County Jail on February 21, 2025.

5. Defense counsel has requested that the government provide supplemental discovery materials, including reports related to the controlled purchase operations, materials related to execution of search warrants, and other materials necessary for defense preparation in this matter. The government represents that a supplemental discovery

ORDER CONTINUING
STATUS CONFERENCE

disclosure is anticipated to occur in late February or early March 2025.

6. The defense requires additional time to review the anticipated supplemental materials and conduct its own investigation of potential defenses in this matter. Based on the necessary travel required for discovery review and defense investigation, defense counsel requests to continue the status conference in this matter to June 6, 2025. The government does not oppose the request.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of March 7, 2025, to June 6, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B)(iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Mercado's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Special Assistant U.S. Attorney Matt De Moura has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED: February 26, 2025                    MICHELLE BECKWITH
                                            Acting United States Attorney

                                            By   */s/ Todd D. Leras for*
                                                 MATTHEW DE MOURA
                                                 Special Assistant United States
                                                 Attorney

ORDER CONTINUING
STATUS CONFERENCE

DATED: February 26, 2025

By   */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
BOGART MERCADO

ORDER CONTINUING
STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference, scheduled for March 7, 2025, is VACATED. A new status conference is SET for June 6, 2025, at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. The court further finds, based on the representations of the parties and Defendant Mercado's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from March 7, 2025, up to and including June 6, 2025.

IT IS SO ORDERED.

Dated:   **March 3, 2025**

Dena Coggins
United States District Judge

ORDER CONTINUING
STATUS CONFERENCE