LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
BOGART MERCADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:24-cr-0291 DC |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| BOGART MERCADO, | Date:    June 6, 2025 |
| Defendant. | Time:    9:30 a.m. |
| | Court:   Hon. Dena M. Coggins |

Plaintiff United States of America by and through Special Assistant United States Attorney Matt De Moura, and Attorney Todd Leras on behalf of Defendant Bogart Mercado, stipulate as follows:

1. This matter is presently set for a status conference on June 6, 2025. Defendant Bogart Mercado requests that the status conference be continued to August 1, 2025, at 9:30 a.m.

2. Attorney Todd Leras requested to substitute into the case as retained counsel in place

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE

of the Office of the Federal Defender. The Court approved the request on January 10, 2025. (ECF Document 19).

3. This case involves charges of distribution of heroin and methamphetamine. The FBI initiated the investigation in October 2023, using an undercover officer to conduct controlled purchases of methamphetamine in July and August 2024. (ECF Document 8). The investigation continued into September and early October 2024, culminating in the arrest of Bogart Mercado and execution of search warrants at two separate houses in October 2024 – approximately one year after the FBI started investigating Bogart Mercado's activities. (ECF Document 8).

4. The government provided an initial disclosure of discovery materials to defense counsel on February 5, 2025. It then provided a supplemental disclosure, on February 26, 2025, of approximately 250 additional pages of written reports, audio recordings, and other materials produced during the investigation in response to a defense request.

5. Bogart Mercado is being held in pre-trial custody at the Butte County Jail in Oroville, California. The Butte County Jail is approximately 85 miles from defense counsel's downtown Sacramento office. All meetings with Mr. Mercado to review discovery materials, discuss case developments, and to review and plan defense investigation require travel to the Butte County Jail.

6. Defense counsel conducts regular discovery review and investigation planning meetings with Bogart Mercado. Bogart Mercado has requested that defense counsel investigative potential sentencing mitigation evidence. This investigation is currently being undertaken by a defense investigator. Bogart Mercado therefore consents to the

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE

request for a continuance and an exclusion of time under the Speedy Trial Act to August 1, 2025.

7. Based on the necessary travel required for discovery review, and defense investigation, defense counsel requests to continue the status conference in this matter to August 1, 2025. The government does not oppose the request.

8. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of June 6, 2025, to August 1, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B)(iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Mercado's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

Special Assistant U.S. Attorney Matt De Moura has reviewed this proposed order and authorized Todd Leras via text message to sign it on his behalf.

DATED: May 28, 2025                         MICHELLE BECKWITH
                                            Acting United States Attorney

                                            By   */s/ Todd D. Leras for*
                                                 MATTHEW DE MOURA
                                                 Special Assistant United States
                                                 Attorney

DATED: May 28, 2025

                                            By   */s/ Todd D. Leras*
                                                 TODD D. LERAS
                                                 Attorney for Defendant
                                                 BOGART MERCADO

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ORDERED that the Status Conference, set for June 6, 2025, is VACATED and RESET for August 1, 2025, at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. The court further finds, based on the representations of the parties and Defendant Mercado's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from June 6, 2025, up to and including August 1, 2025.

IT IS SO ORDERED.

Dated: **May 30, 2025**

Dena Coggins
United States District Judge

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE