1  LAW OFFICE OF TODD D. LERAS
2  Todd D. Leras, CA SBN 145666
   455 Capitol Mall, Suite 802
3  Sacramento, California 95814
   (916) 504-3933
4  toddleras@gmail.com
   Attorney for Defendant
5  BOGART MERCADO

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           | Case No.: 2:24-cr-0291 DC
12 |            Plaintiff,                |
13 | vs.                                  | STIPULATION AND [PROPOSED] ORDER
14 |                                      | TO CONTINUE STATUS CONFERENCE
15 | BOGART MERCADO,                      |
   |                                      | Date:    November 7, 2025
16 |            Defendant.                | Time:    9:30 a.m.
   |                                      | Court:   Hon. Dena M. Coggins
17

18

19

20

21      Plaintiff United States of America by and through Assistant United States Attorney Caily

22 Nelson, and Attorney Todd Leras on behalf of Defendant Bogart Mercado, stipulate as follows:

23      1.  This matter is presently set for a status conference/potential change of plea hearing
24
            on November 7, 2025.  Defendant Bogart Mercado requests that the status
25
            conference/potential change of plea hearing be continued to December 5, 2025, at
26
27          9:30 a.m.

28 STIPULATION AND ORDER
   CONTINUING STATUS CONFERENCE

2. Attorney Todd Leras requested to substitute into the case as retained counsel in place of the Office of the Federal Defender.  The Court approved the request on January 10, 2025.  (ECF Document 19).

3. This case involves charges for distribution of heroin and methamphetamine.  The FBI initiated the investigation in October 2023, using an undercover officer to conduct controlled purchases of methamphetamine in July and August 2024.  (ECF Document 8).  The investigation continued into September and early October 2024, culminating in the arrest of Bogart Mercado and execution of search warrants at two separate houses in October 2024 – approximately one year after the FBI started investigating Bogart Mercado's activities.  (ECF Document 8).

4. The government provided an initial disclosure of discovery materials to defense counsel on February 5, 2025.  It then provided a supplemental disclosure, on February 26, 2025, of approximately 250 additional pages of written reports, audio recordings, and other materials produced during the investigation in response to a defense request.

5. Bogart Mercado is being held in pre-trial custody at the Butte County Jail in Oroville, California.  The Butte County Jail is approximately 85 miles from defense counsel's downtown Sacramento office.  All meetings with Mr. Mercado to review discovery materials, discuss case developments, and to review and plan defense investigation require travel to the Butte County Jail.

6. The government has provided a proposed settlement agreement.  The defense has been actively investigating matters related to the sentencing guideline variables which may apply to this case and potential mitigation evidence in support of the defense

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE

sentencing request. Defense counsel has been regularly meeting with Mr. Mercado at the Butte County Jail, to discuss, among other things, discovery materials, investigation planning, the proposed settlement agreement, and defense investigation materials relevant to potential sentencing. The most recent meetings occurred on October 13 and October 17, 2025.

7. Defense counsel planned to visit Mr. Mercado at the Butte County Jail on October 28, 2025. The purpose of that meeting was to engage in further discussions about defense investigation materials and to prepare for his potential change of plea hearing. On October 24, 2025, Mr. Mercado's wife informed me that one of his family members had an unexpected medical crisis which might require immediate surgery. I relayed this information to Special Assistant U.S. Attorney Matt DeMoura by text message that same day in response to an inquiry about the case status.

8. On Monday, October 27, 2025, Mr. Mercado's wife sent me a text message relaying that, due to his concern about the family member's well-being, Mr. Mercado would prefer to delay our meeting. The same message was relayed to me by Mr. Mercado's bunkmate at the Butte County Jail. The meeting with Mr. Mercado's bunkmate occurred at the Marshals' holding facility in the Matsui Courthouse. The bunkmate was preparing for an appearance before Judge Drozd that same morning.

9. Based on the circumstances regarding the medical situation facing Mr. Mercado's family member, the defense requires additional time to review defense investigation materials, complete legal research related to those materials, and to prepare Mr. Mercado for a potential change of plea. The defense is requesting continuance to December 5, 2025. The government does not oppose the request.

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE

10. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of November 7, 2025, to December 5, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Mercado's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

Assistant U.S. Attorney Caily Nelson has reviewed this proposed order and authorized Todd Leras via email to sign it on her behalf.

DATED:  October 30, 2025　　　　　　　　　　ERIC GRANT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　By ___*/s/ Todd D. Leras for*___
　　　　　　　　　　　　　　　　　　　　　　　　CAILY NELSON
　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

DATED: October 30, 2025

　　　　　　　　　　　　　　　　　　　　　　By ___*/s/ Todd D. Leras*___
　　　　　　　　　　　　　　　　　　　　　　　　TODD D. LERAS
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　BOGART MERCADO

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE

**ORDER**

The court, having received, read and considered the parties' stipulation filed on October 30, 2025 and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference (possible Change of Plea Hearing) scheduled for November 7, 2025, is VACATED and RESET for December 5, 2025 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between November 7, 2025 and December 5, 2025 inclusive, is excluded under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:  **November 3, 2025**  _____
Dena Coggins
United States District Judge

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE