LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 969-9370
toddleras@gmail.com
Attorney for Defendant
BOGART MERCADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BOGART MERCADO,<br><br>Defendant. | Case No.: 2:24-cr-00291 DC<br><br><br>STIPULATION AND [PROPOSED] ORDER TO SET STATUS AS TO SENTENCING HEARING<br><br>Date:      May 15, 2026<br>Time:     9:30 a.m.<br>Court:    Hon. Dena M. Coggins |

Plaintiff United States of America by and through Assistant United States Attorney Caily Nelson, and Attorney Todd Leras on behalf of Defendant Bogart Mercado, stipulate as follows:

1. This matter is presently set for a Sentencing Hearing on May 15, 2026.

2. The Court set a Presentence Investigation Report (PSR) Disclosure Schedule on December 5, 2025 (ECF Entry 38). Defendant thereafter participated in an interview

STIPULATION TO SET
STATUS AS TO SENTENCING
HEARING

with the assigned probation officer.  Following Defendant's interview, the Probation Department prepared and disclosed to the parties the Draft PSR.

3. Both parties informally requested corrections to the Draft PSR by written letters submitted to the probation officer as required by Local Rule 461(b).

4. Defendant Mercado timely filed a Motion for Correction to the PSR on May 1, 2026. (ECF Document 40, hereafter referred to as "Defendant's Correction Motion").  The United States did not file a Motion for Correction.  Neither party submitted a request for extension or modification of the PSR Disclosure deadlines before the deadline set for filing a motion for correction.  The sole remaining deadline relates to a response/reply and submission of Sentencing Memoranda.

5. The issue presented to this Court in Defendant's Motion for Correction is the impact of the California Supreme Court's answer to the question certified to it by the Ninth Circuit Court of Appeals in *United States v. Soto* (Ninth Circuit Case Nos. 24-3903 and 23-391; Exhibit A to Defendant's Correction Motion).   The parties believe that the California Supreme Court's resolution of whether California Health and Safety Code § 11378 constitutes a divisible or indivisible statute directly impacts determination of the correct advisory guideline range in Mr. Mercado's case.

6. The parties are requesting to continue the Sentencing Hearing and to calendar the matter for a Status as to Setting a Sentencing Hearing on August 28, 2026.  The United States makes the request on the ground that it intends to file a reply brief to Defendant's Motion for Correction.  Resolution of the question posed in the *Soto* case is likely to determine the government's nature and scope of analysis in its Reply

STIPULATION TO SET
STATUS AS TO SENTENCING
HEARING

Brief.  Mr. Mercado also believes that the California Supreme Court's decision in *Soto* has impact on correct calculation of his applicable advisory sentencing guideline range.  The parties therefore jointly believe that judicial economy in this matter is served by waiting for the result of *Soto*.

7.  The *Soto* matter is presently set for submission of an opening brief on June 9, 2026 (Exhibit B to Defendant's Motion for Correction).  The parties are requesting to set this matter for Status as to Sentencing on August 28, 2026.  If disposition of the *Soto* question occurs before August 28, the parties will meet and confer to select an appropriate Sentencing Hearing date for this matter as soon as practicable.

8.  The request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.

Assistant U.S. Attorney Caily Nelson has reviewed this proposed order and authorized Todd Leras via text message to sign it on her behalf.

DATED:  May 7, 2026

ERIC GRANT
United States Attorney

By     */s/ Todd D. Leras for*
     CAILY NELSON
     Assistant United States Attorney

DATED: May 7, 2026

By     */s/ Todd D. Leras*
     TODD D. LERAS
     Attorney for Defendant
     BOGART MERCADO

STIPULATION TO SET
STATUS AS TO SENTENCING
HEARING

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on May 7, 2026 (Doc. No. 41), and good cause appearing therefrom, APPROVES the parties' request to continue the sentencing hearing and set the matter for a Status Conference. Accordingly, the Sentencing Hearing scheduled for May 15, 2026, is VACATED and a Status Conference re: Sentencing is SET for August 28, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the parties meet and confer as to the setting of a Sentencing Hearing as soon as practicable if the California Supreme Court resolves the question certified to it by the Ninth Circuit Court of Appeals in *United States v. Soto,* California Supreme Court Case Number S294703, before August 28, 2026.

IT IS SO ORDERED.

Dated:    **May 7, 2026**

_____
Dena Coggins
United States District Judge

STIPULATION TO SET
STATUS AS TO SENTENCING
HEARING