LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 969-9370
toddleras@gmail.com
Attorney for Defendant
BOGART MERCADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>BOGART MERCADO,<br>Defendant. | Case No.: 2:24-cr-0291 DC<br><br>STIPULATION AND ORDER TO CONTINUE STATUS AS TO SENTENCING HEARING<br><br>Date: August 28, 2026<br>Time: 9:30 a.m.<br>Court: Hon. Dena M. Coggins |

Plaintiff United States of America by and through Special Assistant United States Attorney Matthew DeMoura, and Attorney Todd Leras on behalf of Defendant Bogart Mercado, stipulate as follows:

1. This matter is presently set for a Status as to Sentencing Hearing on August 28, 2026. The parties jointly request to continue the matter, based on good cause, for a further

Status as to Sentencing Hearing on October 30, 2026.

2. The PSR has been prepared and filed. Defendant timely filed a Motion for Correction. The issue presented to this Court in Defendant's Motion for Correction is the impact of the California Supreme Court's answer to the question certified to it by the Ninth Circuit Court of Appeals in *United States v. Soto* (Ninth Circuit Case Nos. 24-3903 and 23-391; Exhibit A to Defendant's Correction Motion and hereafter referred to as the "*Soto* case"). The parties believe that the California Supreme Court's resolution of the issue presented in the *Soto* case - whether California Health and Safety Code § 11378 constitutes a divisible or indivisible statute – is necessary for the Court to correctly determine Mr. Mercado's advisory sentencing guideline range.
3. The parties continue to monitor the procedural status of the *Soto* case. The opening brief is filed. The answering brief is presently due on or about September 8, 2026.
4. The parties are requesting to continue the Status as to Sentencing Hearing to October 30, 2026. It is anticipated that there will be greater clarity about the potential timing of a decision in the *Soto* case in late October. By previous stipulation, the parties expressed their joint belief that judicial economy in this matter is served by waiting for the result of the *Soto* case.
5. If disposition of the *Soto* case occurs before October 30, the parties will meet and confer to select an appropriate Sentencing Hearing date for this matter as soon as practicable.
6. The request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial

Act is not required.

Special Assistant U.S. Attorney Matthew DeMoura has reviewed this proposed order and authorized Todd Leras via text message to sign it on his behalf.

DATED: August 25, 2026

ERIC GRANT
United States Attorney

By *_/s/ Todd D. Leras for_*
MATTHEW DEMOURA
Special Assistant United States Attorney

DATED: August 25, 2026

By *_/s/ Todd D. Leras_*
TODD D. LERAS
Attorney for Defendant
BOGART MERCADO

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on August 25, 2026 (Doc. No. 44), and good cause appearing therefrom, APPROVES the parties' stipulated request. Accordingly, the Status Conference regarding Sentencing scheduled for August 28, 2026 is VACATED and RESET for October 30, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The parties shall meet and confer as to the setting of a Sentencing Hearing as soon as practicable if the California Supreme Court resolves the question certified to it by the Ninth Circuit Court of Appeals in *United States v. Soto,* California Supreme Court Case Number S294703, before October 30, 2026.

IT IS SO ORDERED.

Dated: **August 26, 2026**

Dena Coggins
United States District Judge