LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 969-9370
toddleras@gmail.com
Attorney for Defendant
BOGART MERCADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BOGART MERCADO,<br><br>Defendant. | Case No.: 2:24-cr-0291 DC<br><br>STIPULATION AND ORDER TO CONTINUE STATUS AS TO SENTENCING HEARING<br><br>Date: October 30, 2026<br>Time: 9:30 a.m.<br>Court: Hon. Dena M. Coggins |

Plaintiff United States of America, by and through Assistant United States Attorney Caily Nelson, and Attorney Todd Leras on behalf of Defendant Bogart Mercado, stipulate as follows:

1. This matter is presently set for a Status as to Sentencing Hearing on October 30, 2026. The parties jointly request to continue the matter, based on good cause, for a further Status as to Sentencing Hearing on January 29, 2027.

2. The PSR has been prepared and filed. Defendant timely filed a Motion for Correction. The issue presented to this Court in Defendant's Motion for Correction is the impact of the California Supreme Court's answer to the question certified to it by the Ninth Circuit Court of Appeals in *United States v. Soto* (Ninth Circuit Case Nos. 24-3903 and 23-391; Exhibit A to Defendant's Correction Motion and hereafter referred to as the "*Soto* case"). The parties believe that the California Supreme Court's resolution of the issue presented in the *Soto* case - whether California Health and Safety Code § 11378 constitutes a divisible or indivisible statute – is necessary for the Court to correctly determine Mr. Mercado's advisory sentencing guideline range.

3. The parties continue to monitor the procedural status of the *Soto* case. The opening brief is filed. The answering brief is presently due, following the granting of an extension request, on December 16, 2026.

4. The parties are requesting to continue the Status as to Sentencing Hearing to January 29, 2027. It is anticipated that there will be greater clarity about the potential timing of a decision in the *Soto* case once the answering brief is filed. By previous stipulation, the parties expressed their joint belief that judicial economy in this matter is served by waiting for the result of the *Soto* case.

5. If disposition of the *Soto* case occurs before January 29, 2027, the parties will meet and confer to select an appropriate Sentencing Hearing date for this matter as soon as practicable.

6. The request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial

Act is not required.

Assistant U.S. Attorney Caily Nelson has reviewed this proposed order and authorized Todd Leras via text message to sign it on her behalf.

DATED: October 23, 2026

ERIC GRANT
United States Attorney

By *<u>/s/ Todd D. Leras for</u>*
CAILY NELSON
Assistant United States Attorney

DATED: October 23, 2026

By *<u>/s/ Todd D. Leras</u>*
TODD D. LERAS
Attorney for Defendant
BOGART MERCADO

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on October 23, 2026 (Doc. No. 46), and good cause appearing therefrom, APPROVES the parties' stipulated request as to scheduling. Accordingly, the Status Conference regarding Sentencing scheduled for October 30, 2026, is VACATED and RESET for January 29, 2027 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The parties shall meet and confer as to the setting of a Sentencing Hearing as soon as practicable if the California Supreme Court resolves the question certified to it by the Ninth Circuit Court of Appeals in *United States v. Soto,* California Supreme Court Case Number S294703, before January 29, 2027.

IT IS SO ORDERED.

Dated: **October 26, 2026**

Dena Coggins
United States District Judge